In the Matter of IREM H. STRYKER, JR., Appellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued May 26; 1937; decided June 11, 1937.

*Theodore H. Kenworth* for appellant.

*Paul Windels, Corporation Counsel (Arthur Bainbridge Hoff, Paxton Blair* and *Jeremiah M. Evarts* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.